UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DARRIS D. TEEL,          )
           Plaintiff,   )
v.                                      )
                                )  **JUDGMENT**
THE CITY OF GREENVILLE,    )   No. 4:05-CV-168-BR
NC Police Department, OFFICER  )
WEAVER, K. WOODFORD,     )
LAUGHINGHOUSE, R. WRIGHT, )
QUICK, WHITE,                 )
GREENVILLE POLICE DEPT.,   )
           Defendants.  )

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's Greenville Police Department, White and Quick Motions to dismiss and for summary judgment are GRANTED IN PART and DENIED IN PART. Defendants GPD, White, and Quick are DISMISSED from this action. Plaintiff's official capacity claims against the remaining defendants are DISMISSED, along with his claims under the ADA and for retaliatory arrest and deliberate indifference to a serious medical need. Based upon the findings made in open court at the conclusion of the trial of this matter, the court finds that the plaintiff is not entitled to recover anything of defendants The City of Greenville (NC) Police Department, Officer Weaver, K. Woodford, Laughinghouse and R. Wright and directs the Clerk to enter judgment for the defendants.

**This Judgment Filed and Entered on OCTOBER 3, 2007 and Copies To:**

**Darris D. Teel**
1206 B Van Dyke St.C
Greenville, NC 27834

**William J. Little, III**
Office of the City Attorney
P. O. Box 7207
Greenville, NC 27835

October 3, 2007                              /s/ DENNIS P. IAVARONE
                                                                                  Clerk